**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

MARGGI YRANE SAENZ MESIAS,   )
                             )
    *Petitioner*,            )
                             )
v.                           )
                             )
KRISTI NOEM, et al.          )   No. 1:26-cv-00057-JMD
                             )
    *Respondents*.          )
                             )
                             )
                             )

## ORDER DISMISSING PETITION

Marggi Yrane Saenz Mesias, who is detained by immigration authorities, seeks a writ compelling the Federal Government to grant her a bond hearing. The petition is denied for the reasons stated in *Mejia Olalde v. Noem*, No. 1:25-cv-00168-JMD, 2025 WL 3131942 (E.D. Mo. Nov. 10, 2025), and *Suarez v. Noem*, No. 1:25-cv-00202-JMD, 2025 WL 3312168 (E.D. Mo. Nov. 28, 2025). *See also Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026).

**IT IS HEREBY ORDERED** that the petition for a writ of habeas corpus, ECF 1, is **DENIED**. The Clerk of the Court shall serve a copy of the petition and this order on the respondents.

Dated this 11th day of March, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE

1